# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION
FILED IN OFFICE
8:3 A .m.
Oct 25, 2011
D. McCarty
Deputy Clerk

JOHN L. SHAW, )
)
    Plaintiff, )
)
v. )   CV 311-027
)
FNU AJIBADE, Doctor, et al., )
)
    Defendants. )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 13). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's official capacity claims for monetary damages are **DISMISSED**.

SO ORDERED this 25th day of October, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE