ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 JAN 28 AM 11:44

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JOHN L. SHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 311-027 |
| ) | |
| CALEB AJIBADE, Doctor, Johnson State ) | |
| Prison, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion for summary judgment is **GRANTED**, a final judgment shall be **ENTERED** in favor of Defendants, and this civil action is **CLOSED**.

SO ORDERED this 28 day of January, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE